

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kevin Scott Kellerby,

Vs. No. 11-13-00027-CR

The State of Texas,

* From the 104th District Court
   of Taylor County,
   Trial Court No. 18509B.

* September 10, 2015

* Memorandum Opinion by Wright, C.J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.